1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MINA HOWARD,

          Plaintiff,

   v.

KILOLO KIJAKAZI, ACTING
Commissioner of Social Security,

          Defendant.

CASE NO.: 1:21-cv-00340-GSA

**ORDER VACATING OLD
SCHEDULING ORDER AND
DIRECTING CLERK TO ISSUE
REVISED SCHEDULING ORDER**

      The Certified Administrative Record having been filed in this matter and the General Order 615 stay having been lifted, it is **ORDERED** that the original scheduling order, Docket Number 5, is **VACATED.**

      The Clerk of Court is **DIRECTED** to **ISSUE** the revised social security scheduling order which eliminates the confidential letter briefing requirement and sets forth a 45-45-15 day briefing timeline on the motion for summary judgment.

IT IS SO ORDERED.

Dated:  __March 8, 2022__        _____**/s/ Gary S. Austin**_____
                                   UNITED STATES MAGISTRATE JUDGE